**Leon BLOCH, Petitioner, v. COMMISSION-ER OF INTERNAL REVENUE, Respondent.**

No. 148, Docket 20740.

Circuit Court of Appeals, Second Circuit.

April 1, 1948.

O'Dwyer & Bernstein, of New York City (Hyman L. Goldstein, of New York City, of counsel), for Leon Bloch, petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., and Sewall Key, Lee A. Jackson, and Robert M. Weston, Sp. Assts. to Atty. Gen., for respondent Commissioner of Internal Revenue.

Before AUGUSTUS N. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of Tax Court.

**Thomas L. GRACE, Petitioner, v. COMMIS-SIONER OF INTERNAL REVENUE, Respondent.**

No. 174, Docket 20835.

Circuit Court of Appeals, Second Circuit.

April 1, 1948.

Marshall Snyder, of Brooklyn, for petitioner Thomas L. Grace.

Theron Lamar Caudle, Asst. Atty. Gen., and Sewall Key, Lee A. Jackson, and S. Dee Hanson, Sp. Assts. to Atty. Gen., for respondent Commissioner of Internal Revenue.

Before AUGUSTUS N. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of Tax Court.

**Leonard SAMPLES and Mrs. Mary Samples, Appellants, v. Oscar NANNEY, Appellee.**

No. 10463.

Circuit Court of Appeals, Sixth Circuit.

March 15, 1948.

Cunningham & Cunningham, of Booneville, Miss., for appellants.

Harsh & Pierce, of Memphis, Tenn., for appellee.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This case was submitted upon the record and briefs; and it appearing that no exception was taken to the charge of the court, and that appellants' requests for charges which were refused by the court were inapplicable to the facts of the case; and it appearing that the trial court did not abuse its discretion in overruling the motion for new trial; and no reversible error appearing in the record: it is ordered that the judgment of the District Court be, and it hereby is, affirmed.